# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SETH J. DIENER, Guardian *Ad Litem* of ESTATE OF JOSEPH THOMAS MANCUSO, IV, a minor,　　　　　　　　　　　　Plaintiff, <br><br>　　　v. <br><br>THE RENFREW CENTERS, INC. LIFE INSURANCE COMPANY OF NORTH AMERICA, and JOSEPH T. MANCUSO, III, <br><br>　　　　　　　　　　Defendants. | : <br> : <br> : <br> : 　CIVIL ACTION <br> : <br> : <br> : <br> : 　NO. 11-4404 <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this *22nd* day of *September*, 2011, upon consideration of Defendant Joseph T. Mancuso, III's Motion to Dismiss and Strike (Docket Nos. 10-11), Plaintiff Seth J. Diener's Response (Docket No. 14), and Defendant's Reply Brief (Docket No. 17), it is hereby

**ORDERED** that the Motion is **GRANTED WITHOUT PREJUDICE** to Plaintiff's right to further amend the Complaint within twenty (20) days from the date of this Order.

It is so **ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　 *s/ Ronald L. Buckwalter*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　RONALD L. BUCKWALTER, S.J.