IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SETH J. DIENER, Guardian *Ad Litem* of ESTATE OF JOSEPH THOMAS MANCUSO, IV, a minor, and SETH J. DIENER, *Administrator Pro Tem* of the ESTATE OF LISA MARIE MANCUSO, deceased and SETH J. DIENER, as Power of Attorney for KAREN ROSE DIENER | : : : : : : : : : : : | CIVIL ACTION NO. 11-4404 |
| Plaintiff, | : : | |
| v. | : : : | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | : : : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this 9th day of January, 2014, upon consideration of the Defendant Life Insurance Company of North America's Motion for Summary Judgment (Docket No. 35), Plaintiff's Motion for Summary Judgment (Docket No. 37), and Defendant's Response in Opposition (Docket No. 38), it is hereby **ORDERED** that:

(1)  Defendant Life Insurance Company of North America's Motion for Summary Judgment (Docket No. 35) is **DENIED** and Plaintiff's Motion for Summary Judgment is **DENIED** (Docket No. 37);

(2) Discovery in this case is **RE-OPENED** for a period of 30 days from the date of this order for the limited purpose of examination of the Confirmation Statement, attached as Exhibit

C to Plaintiff's Motion for Summary Judgment (Docket No. 37); and

(3) A **STATUS CONFERENCE** is scheduled for <u>Tuesday, February 18, 2014 at 11:00 a.m. in chambers</u>.

It is so **ORDERED**.


BY THE COURT:


*Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.