IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SETH J. DIENER, Guardian *Ad Litem* of ESTATE OF JOSEPH THOMAS MANCUSO, IV, a minor, and | : : : : | |
| SETH J. DIENER, *Administrator Pro Tem* of the ESTATE OF LISA MARIE MANCUSO, deceased and | : : : : : | CIVIL ACTION |
| SETH J. DIENER, as Power of Attorney for KAREN ROSE DIENER | : : : | NO. 11-4404 |
| Plaintiff, | : : : | |
| v. | : : : : | |
| THE RENFREW CENTERS, INC., and LIFE INSURANCE COMPANY OF NORTH AMERICA, | : : : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this *10th* day of *February*, 2015, upon consideration of **(1)** the Motion for Summary Judgment filed by Defendant Life Insurance Company of North America ("LINA") (Docket No. 57), Plaintiff Seth Diener's Response to Defendant LINA's Motion (Docket No. 62), Defendant LINA's Reply Brief (Docket No. 65), and Plaintiff's Sur-reply Brief (Docket No. 68); and **(2)** the Motion for Summary Judgment filed by Defendant The Renfrew Centers, Inc. ("Renfrew") (Docket No. 58), Plaintiff's Response to Defendant Renfrew's Motion (Docket No. 61), Defendant Renfrew's Reply Brief (Docket No. 66), and Plaintiff's Sur-reply Brief (Docket No. 67), it is hereby **ORDERED** as follows:

1. Defendant LINA's Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant LINA and against Plaintiff on the remainder of the Second Amended Complaint.

3. Defendant Renfrew's Motion for Summary Judgment is **DENIED**.

4. **JUDGMENT IS ENTERED** in favor of Defendant Renfrew and against Plaintiff on the remainder of the Second Amended Complaint.

5. This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.